LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone:  (702) 382-1170
Fascimile:  (702) 382-1169

Attorneys for Appellees,
NW Valley Holdings, LLC

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail:  tgray@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone: 725-777-3000
Fascimile:  725-777-3112

Attorneys for Appellees,
Kyle Entity Holdings, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NW VALLEY HOLDINGS LLC,<br><br>Debtor.<br>_____<br>U.S. BANK NATIONAL ASSOCIATION, as the Plan Administrator for the KHI Post-Confirmation Trust and the Liquidation Trust Administrator for the KHI Liquidation Trust,<br><br>Appellant,<br>v.<br><br>KYLE ENTITY HOLDINGS, LLC and NW VALLEY HOLDINGS LLC,<br><br>Appellees. | Case No.: 2:15-cv-01902-RFB<br><br>(Appeal From Final Order of the United States Bankruptcy Court for the District of Nevada in Case No. BK-S-15-10116-ASL)<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO FILE APPELLEES' OPENING BRIEF [FIRST EXTENSION REQUEST]** |

   NW Valley Holdings, LLC, a Nevada limited liability company ("NWVH"), by and through its counsel, the law firm of Larson & Zirzow, LLC ("L&Z"), Kyle Entity Holdings, LLC, a Nevada limited liability company ("KEH" and together with NWVH, the "Appellees"), by and through its counsel, the law firm of Garman Turner Gordon LLP, and U.S. Bank National Association, as the Plan Administrator for the KHI Post-Confirmation Trust and the Liquidation

Trust Administrator for the KHI Liquidation Trust ("Appellant" and together with KEH and NWVH, collectively, the "Parties"), hereby stipulate as follows:

1. On August 31, 2015, U.S. Bank filed its *Notice of Appeal and Statement of Election* [ECF No. 189] to the *Order Sustaining Joint Objection to the KHI Trusts' Proof of Claim No. 1-1 and, in the Alternative, Motion to Estimate the Claim* [ECF No. 180] entered by the Bankruptcy Court on August 18, 2015, thereby commencing the above-referenced District Court appeal (the "Appeal").

2. On October 29, 2015, the Appellant filed its opening brief ("U.S. Bank's Opening Brief") [Document No. 4] and related appendix [Document No. 5], thereby creating the deadline for the Appellees to file their opening briefs on November 30, 2015.

3. The Parties have conferred and agreed, subject to approval by this Court, that the Appellees have an extension up to and including December 4, 2015 to file its opening brief, and that the Appellant has an extension to file it reply brief up to and including December 22, 2015.

4. This is the first request for an extension of time.

Dated: December 15, 2015.

| LARSON & ZIRZOW, LLC | GARMAN TURNER GORDON |
|---|---|
| By: */s/ Matthew C. Zirzow* | By: */s/ Gregory E. Garman* |
| ZACHARIAH LARSON, ESQ. | GREGORY E. GARMAN, ESQ. |
| Nevada Bar No. 7787 | Nevada Bar No. 6654 |
| E-mail: zlarson@lzlawnv.com | Email: ggarman@gtg.legal |
| MATTHEW C. ZIRZOW, ESQ. | TALITHA GRAY KOZLOWSKI, ESQ. |
| Nevada Bar No. 7222 | Nevada Bar No. 9040 |
| E-mail: mzirzow@lzlawnv.com | E-mail: tgray@gtg.legal |
| 810 S. Casino Center Blvd. #101 | 650 White Drive, Ste. 100 |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89119 |
| Attorneys for Appellees, | Attorneys for Appellees, |
| NW Valley Holdings, LLC | Kyle Entity Holdings, LLC |

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

By: ___/s/ Peter J. Roberts___
LAW OFFICE OF BRIAN D. SHAPIRO
BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
228 S. 4th Street, Suite 300
Las Vegas, NV 89101
Telephone: (702) 386-8600
E-mail: brian@brianshapirolaw.com

 and

SHAW FISHMAN GLANTZ & TOWBIN
Peter J. Roberts, Esq.
321 N. Clark Ste., Ste. 800
Chicago, IL  60654

Attorneys for U.S. Bank National Association, as the Plan Administrator for the KHI Post-Consummation Trust and the Liquidation Trust Administrator for the KHI Liquidation Trust

**IT IS SO ORDERED.**

Dated: December 23, 2015 .

_____
RICHARD F. BOULWARE, II
United States District Judge

3